UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RHEA B. LUCIEN**      **CIVIL ACTION**

**VERSUS**      **NO. 18-8072**

**CHRISTIAN VICTOR FUGAR, ET AL.**      **SECTION: "H"(4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Defendant's Notice Informing the Honorable Court of Plaintiff's Arbitrary Change of Paragraph 8(a) of Consent Judgment (Doc. 63), construed as a Motion for Judgment Enforcement, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall conform the terms of the promissory note to the terms of the consent judgment and resend the promissory note to Defendant Christian V. Fugar for execution no later than fourteen (14) days from the signing of the order, at which point Mr. Fugar will have thirty (30) days to execute the promissory note.

New Orleans, Louisiana, this 10th day of September, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**